# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

v.                                                    CASE NO. 6:25-cr-10050-EFM

ADDILYNN JEAN ONUFFER,                FILED UNDER SEAL

**Defendant.**

---

## SEALED INDICTMENT

---

**THE GRAND JURY CHARGES**:

## COUNT 1

### Distribution of Child Pornography
### [18 U.S.C. § 2252A(a)(2)]

On or about June 21, 2024, in the District of Kansas, the defendant,

**ADDILYNN JEAN ONUFFER,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 2

**Distribution of Child Pornography**
**[18 U.S.C. § 2252A(a)(2)]**

On or about June 22, 2024, in the District of Kansas, the defendant,

**ADDILYNN JEAN ONUFFER,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 3

**Distribution of Child Pornography**
**[18 U.S.C. § 2252A(a)(2)]**

On or about July 9, 2024, in the District of Kansas, the defendant,

**ADDILYNN JEAN ONUFFER,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE NOTICE

1.       The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2.      Upon conviction of one or more of the offenses set forth in Counts 1-3, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

May 13, 2025 _____          s/Foreperson _____
DATE                                  FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY


By: /s/ Molly Gordon _____
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

| IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS |
| --- |

## <u>PENALTIES</u>

**Counts 1-3: Distribution of Child Pornography**

- Punishable by a term of imprisonment of not less than five (5) years but not more than twenty (20) years.

- If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than fifteen (15) years nor more than forty (40) years.  [18 U.S.C. § 2252A(b)(1)]

- A term of supervised release of not less than five (5) years and up to life.  18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. § 3014(a)(3).

- An additional assessment of not more than $35,000.00.  18 U.S.C. § 2259A(a)(2).