

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
| ADDILYNN JEAN ONUFFER | ) Case No. 6:25-cr-10050-EFM |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  ADDILYNN JEAN ONUFFER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography.  See attached indictment for additional charges.

Date: 05/13/2025

s/ Sarah M. Zepick
*Issuing officer's signature*

City and state:  Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 05132025, and the person was arrested on *(date)* 05162025 at *(city and state)* Haysville, KS. |
| Date:  05162025 |

*Darrin Altman*
*Arresting officer's signature*

DUSM Darrin Altman
*Printed name and title*

**RECEIVED**
By US Marshal Service at 3:36 pm, May 13, 2025