## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

        Plaintiff,

    v.

ADDILYNN JEAN ONUFFER and
GAVIN ONUFFER,

        Defendant.

Case No. 25-CR-10050-01-EFM

---

### UNITED STATES' DESIGNATION/DISCLOSURE OF WITNESS

The United States intends to call Hans C. Asmussen, a detective with the Sedgwick County Sheriff's Office assigned to the Kansas Internet Crimes Against Children Task Force, as a witness to testify about evidence found on electronic devices seized from the defendant, including but not limited to:

    1.   Samsung Galaxy S23 Ultra SM-S918U.

The United States intends to call Detective Asmussen as a percipient witness, but also potentially as an expert witness pursuant to Federal Rule of Evidence 702.

Detective Asmussen has more than 29 years of experience investigating criminal activity, with over fifteen (15) years of that specifically related to computer forensics and cybercrime investigation. Detective Asmussen holds multiple certifications related to digital forensics as detailed in his curriculum vitae. The CV is attached and enclosed herein. During his career, he has forensically examined hundreds of digital devices.

In this case, Detective Asmussen conducted the forensic extraction of the data from the device seized from the defendant, as set forth above. As set forth in his report, Detective Asmussen then conducted a preliminary review where he looked for items of interest. He then tagged those

items and then provided the extraction to the case detective for review. The extraction was also later reviewed by Detective Steve Meyer, Kansas ICAC Task Force, for additional review and bookmarking.[1]  Detective Asmussen's reports have been provided in discovery, and the forensic extractions have been and remain available to defense for inspection.

Detective Asmussen is expected to testify about his review of the devices seized from the defendant that contained evidence of receipt and possession of child pornography.  Specifically, Detective Asmussen is expected to testify that the forensic evidence on the devices used by the defendant is consistent with the allegations that defendant received and possessed child pornography.  Detective Asmussen will also explain meta data as it relates to the evidence.

Even more specifically, Detective Asmussen will discuss how the device seized from Gavin Onuffer came into his possession, the extraction methods utilized in his examinations, and terms of interest including, but not limited to, cache, gallery cache, browser cache, Telegram Messenger, Kik Messenger, and secure folders.  Detective Asmussen will testify regarding his analysis of the devices, including the content of the device and where the videos, image, and files relevant to the investigation were located on the devices (which remain available to defense counsel for inspection) involve the receipt and possession of child pornography. Detective Meyer and potentially other witnesses will also discuss these videos and images as a fact witness.

Some courts have found that testimony regarding use of Cellebrite or similar technology to retrieve data from a cellular telephone, and discussion of the contents of that data, is lay testimony if no opinion is offered. See, e.g., *United States v. Seugasala*, 702 F. App'x 572, 575 (9th Cir. 2017) ("The officers who followed the software prompts from Cellebrite and XRY to obtain data from electronic devices did not present testimony that was based on technical or specialized knowledge

---

[1] In this regard, Detective Meyer would testify as a percipient witness – rather than being involved in the forensic process of extraction, each would testify to what he observed or bookmarked in the extractions, such as identification of the videos, images. Meta data, device ownership indicators etc in question.

electronic devices did not present testimony that was based on technical or specialized knowledge that would require expert testimony."); *United States v. McLeod*, 747 F. App'x 486, 489 (9th Cir. 2018); (citing *Seugasala* with approval); *United States v. Marsh*, 568 F. App'x 15, 16–17 (2d Cir. 2014), cert. denied, 135 S. Ct. 111, 190 L. Ed. 2d 88 (2014); *Sec. & Exch. Comm'n v. Sabrdaran*, No. 14-CV-04825-JSC, 2016 WL 7826653, at *1 (N.D. Cal. Oct. 20, 2016) (discussing Cellebrite specifically); *People v. Froehler*, 373 P.3d 672 (describing other software used to extract images). Likewise, if the examiner simply testifies to what files were found on a hard drive, such testimony is not expert testimony. See *United States v. Berry*, 318 Fed. Appx. 569, 569 (9th Cir. 2009) (agent's testimony was not expert testimony because the agent "simply testified to what he found on the [defendant's] hard drive…, without expressing an opinion that required specialized knowledge or offering insight beyond common understanding"). Thus, much of Detective Asmussen's testimony would primarily involve percipient (rather than expert) testimony - discussing what he found on the defendants' devices relative to the defendants' child pornography activities. This testimony will include explaining what data indicates user 7060967296, what child pornography depictions were found, where those depictions were found on the device, the quantities of those depictions, and contextual information relating to the depictions (e.g., whether the depictions were in user-created folders, deleted, co-located with other files attributable to the defendant, etc.). It is expected his testimony will reflect that the videos and images containing the child pornography of the minor victims were possessed by Gavin Onuffer and the location of the videos of images on the devices.

Additionally, Detective Asmussen will explain the various steps involved in forensic examination of electronic devices, including the use of write blockers, the creation of forensic images using forensic software such Microsoft Windows 11 Pro, GrayShift GrayKey, Magnet Axiom Forensics, Microsoft Office 2010 Professional, and the following:

a.  the tools and process(es) used to extract data and information from the devices submitted for examination in this case;

b.  how, where, and when data and information was stored on the devices, including timelines, account identifies, settings, and user attribution information;

c.  the types of applications installed or located on the phone and computer, including discussion of how the various applications operate, log, and store data and information (e.g., caching, the creation of thumbnail image databases, etc.);

d.  the image and video operations of the phones and computer, including how the device or application creates, stores, caches, and sends those files;

e.  the methods by which an application or device stores an online search or website history and the contents of the defendant's website history; and

f.  the data and information indicating user attribution and connection to other devices (e.g., whether a given external storage device had been connected to the computer, or how cloud storage can sync across devices etc.).

Likewise, it is possible that Detective Asmussen may be called upon to answer hypothetical questions regarding the above-described subjects based upon evidence presented at trial or to rebut any defense theory – at which point it would be expected that Detective Asmussen would draw upon his extensive experience researching, examining and analyzing digital media, including cellular telephones to address those questions.

In the past four years, Detective Asmussen has testified as an expert in multiple cases as detailed in his CV. Detective Asmussen has not issued any publications in the last ten years.

Defense counsel has been provided with sanitized copies of this witness's reports of examination, and his professional qualifications, and has had ample opportunity to review the non-sanitized reports and evidence. The evidence remains available for inspection throughout the duration of this case. Detective Asmussen's related qualifications are listed in his CV.

**Witness Signature:** I have reviewed and approved the foregoing.

Hans C. Asmussen
Detective

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

s/ Molly Gordon
MOLLY GORDON
Kan. S. Ct. No. 23134
Assistant United States Attorney District
of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Tel.:  (316) 269-6481
Fax:  (316) 269-6484
Molly.gordon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney

# ATTACHMENT "1"



# DIGITAL FORENSICS UNIT

## MOBILE DEVICE EXAMINATION REPORT
## REGARDING SAMSUNG GALAXY S23 ULTRA

Case Number
25C511454

Date of Report
5/28/2025

Detective Hans Asmussen #1701
hasmussen@wichita.gov

# Table of Contents

Request: ......................................................................................................................... 2

Summary of Findings: ................................................................................................... 2

Description of Media: ................................................................................................... 2

Acquisition: ................................................................................................................... 3

Processing of Acquisition: ............................................................................................ 3

Definitions: ................................................................................................................... 3

Examination and Analysis: ........................................................................................... 4

    Communications ...................................................................................................... 4

        Telegram Messenger .......................................................................................... 4

        Kik Messenger ................................................................................................... 4

    Tags ........................................................................................................................ 4

Tutorial on Navigating the Reports .............................................................................. 5

Supplemental Reports: ................................................................................................. 5

    Samsung Galaxy S23 Ultra SM-S918U ..................................................................... 5

Closing: ......................................................................................................................... 5

Acquisition Types: ........................................................................................................ 5

Hardware and Software Utilized: ................................................................................. 6

    Forensic Computer ................................................................................................. 6

    Software .................................................................................................................. 6

Curriculum Vitae .......................................................................................................... 7

P a g e  | **2**

### *Request:*

I was asked to examine a mobile device connected to this case under the authority of a search warrant. On 4/30/2025, Detective Meyer submitted the mobile device to me for examination. The extraction was started on 5/19/2025.  Previous to that date, the device was not supported by Cellebrite Premium nor Magnet Forensics Graykey.

Throughout this report, underlined colored text is hyperlinked to other files or reports. Click on them to see said objects.

### *Summary of Findings:*

Images of child sexual abuse material were located in the PIN protected Secure Folder.  The files are connected with a Telegram Messenger message thread with "AJ".  "AJ" was the party who sent the files.

[CLICK HERE](#) to skip to the Examination and Analysis and view more detailed information.

[CLICK HERE](#) to skip to the reports generated by the forensic software.

Throughout this report, underlined colored text is hyperlinked to other files or reports.  Click on them to see said objects.

### *Description of Media:*

**Cell Phone**

Manufacturer:  **Samsung**
Model:  **Galaxy S23 Ultra SM-S918U**
Serial Number:  **R5CW6197PVJ**
IMEI:  **353138603288961**
IMEI(2):  **353537203288968**
Phone Number:  **720-591-9713**
Storage Capacity:      **256 GB**
Removable Storage Media:  **None**
Passcode:  **1259 (Pattern for lock screen; PIN for Secure Folder)**
Phone Name:  **Gavin's S23 Ultra**
Account(s):  **gavin.onuffer@gmail.com , skittleseses@gmail.com**
[Pictures of Device](#)

CONFIDENTIAL - DO NOT DISTRIBUTE
This report is property of the Wichita Police Department - Digital Forensics Unit, and has been released pursuant to applicable laws and agreements.
Subsequent distribution of any content contained herein is restricted by those agreements, as well as State and Federal Law.
Wichita Police Department - Digital Forensics Unit - ALL RIGHTS RESERVED

Page | 3

## Acquisition:

The device was connected to the GrayKey device to brute force the passcode and obtain a Full File System Extraction.

## Processing of Acquisition:

The extraction was opened in Magnet Forensics AXIOM software. AXIOM is a tool that parses cell phone extractions and forensic evidence files for Internet artifacts, pictures, videos along with cell phone communication and system artifacts. AXIOM does not have the ability to write data to the extraction.

## Definitions:

**Active Files:**  Active Files are files tracked by the file system that have not been deleted by a user.

**Active Deleted Files:**  Active Deleted Files are files deleted by the user but are in the Trash (or similar area) and are still tracked by the file system. Android uses a ".Trash" folder as a recycle bin; the "." As the first character of the name for a file/folder marks it as "hidden" for purposes of the file system's presentation of that artifact to the operating system. Most applications will have a thirty-day (30) timeframe for keeping the file/folder in the recycle bin and then automatically delete it from there after that time has passed.  Some applications allow a user to restore a file/folder from the ".Trash" to its original location in the file system. Apple iOS uses a utility named "Recently Deleted". Files sent to this location can also be recovered and will remain in the "Recently Deleted" for up to forty (40) days before auto deletion by the operating system.

**Deleted Files:**  Deleted Files are files deleted by the user and their entries in the file system are marked as being available for use for saving future folders/files, but their file system entries and data still exist. The folder/file and the information about the folder/file is recoverable.

**System-Generated Files:**  The operating system creates image files or image data from picture files, video files, an open window/page or the screen of the device. These files/image-data are created to speed up the process of showing images on the screen for the user. Even though the original file from which the system file/image-data was created may be deleted, the system-created file/image data may remain. Some types of system-generated images are:

- A thumbnail, which is a miniature representation of a page or an image, used to identify a file by its contents.
- Embedded files that are contained within another file, such as a cache file.
- Files in cache folders for various applications.

**Parsing:**  Extracting information from a file that has a known data structure and decoding the data if necessary.

CONFIDENTIAL - DO NOT DISTRIBUTE
This report is property of the Wichita Police Department - Digital Forensics Unit, and has been released pursuant to applicable laws and agreements.
Subsequent distribution of any content contained herein is restricted by those agreements, as well as State and Federal Law.
Wichita Police Department - Digital Forensics Unit - ALL RIGHTS RESERVED

P a g e  | **4**

***File Carving:*** Sometimes referred to as simply "Carving", is the process of extracting a collection of data from a larger data. Data carving techniques frequently occur during a digital investigation when the unallocated file system spaces are analyzed to extract files that have become disassociated with the file system after deletion. The files are "carved" from the unallocated space using file type-specific header and footer values. File system structures are not used during the process; therefore, no information about a file's filename or date/time can be determined, unless said items are in the metadata of the file.

## Examination and Analysis:

The Secure Folder was activated and protected with a PIN.  Secure Folder acts as a user and has a user number of "150", compared to the user number "0" for the regular user account.  Images with a partial path of "…\user\150…" are in the Secure Folder.

All the images of interest in the Secure Folder are connected to Telegram Messenger.

**Communications**

**<u>Telegram Messenger</u>**
*Local User*
- User ID:  7494098066
- First Name:  Gavin
- Phone Number:  17205919713

*User of Interest*
- User ID:  7060967296
- First Name:  AJ
- Phone Number:  14057642294
- Message thread containing picture and video files sent by User ID "7060967296" containing child sexual abuse material.

**<u>Kik Messenger</u>**
- It is not currently installed, but it was installed on the device, or another device at one time. The last date for the app being "purchased" at the Google Play store is 9/7/2014.

**Tags**

The following tags were created to mark the information listed above:
- Addily
- Age HtD – Nude
- Age HtD - Sexual Activity
- Child – Clothed
- Child – Nude
- Child - Sexual Activity

CONFIDENTIAL - DO NOT DISTRIBUTE

This report is property of the Wichita Police Department - Digital Forensics Unit, and has been released pursuant to applicable laws and agreements.
Subsequent distribution of any content contained herein is restricted by those agreements, as well as State and Federal Law.
Wichita Police Department - Digital Forensics Unit - ALL RIGHTS RESERVED

- DCIM
- Kik Messenger
- Secure Folder
- Telegram

Investigators can filter by these tags in the Axiom Portable Case Report

Investigators are highly encouraged to look at the device itself to see if there are any relevant artifacts that were not extracted by the Cellebrite UFED4PC/GrayKey or parsed by Cellebrite Physical Analyzer or Magnet Forensics Axiom.

### *Tutorial on Navigating the Reports*

- Axiom Portable Case:  In the "Portable_Case" folder linked below is a PDF titled, "Portable Case Quick Start Guide".

### *Supplemental Reports:*

**Samsung Galaxy S23 Ultra SM-S918U**

- **AXIOM**
  - **CLICK HERE** (copy "Portable_Case" folder to the computer then double click on "OpenCase.exe" for the AXIOM Portable Case Viewer)
- **GrayKey – CLICK HERE**

### *Closing:*

After the analysis was completed, all evidence and cell phone extractions were written to CD/DVD or hard drive for archiving depending on the size of the case file.

### *Acquisition Types:*

Full File System Extraction is a specialized digital forensics technique used to obtain a complete copy of the file system from a mobile device. It allows investigators to access a vast array of data, including active files, deleted files, system files, application data, and metadata. Full file System Extractions are performed using Magnet Graykey or Cellebrite Premium, depending on the device type and operating system.

- When an iDevice or Android Device is locked with a passcode and hasn't been unlocked since the  last time, it was powered on it is in a state that is referred to as "Before First Unlock" (BFU). A BFU Partial Extraction will include limited user data, including voicemails, partial multimedia, system metadata, partial application data, and account data (e.g. email account information).
- When an iDevice or Android Device is locked with a passcode, but has been unlocked at some time since the last time it was powered on, it is in a state that is referred to as "After First Unlock"  (AFU).  An AFU Partial Extraction (typically 95% of the user data) of an iDevice will include all database files except Apple Email, Health, and Significant Locations databases.  An AFU Partial Extraction of an Android Device is the same as a Full File System Extraction.

CONFIDENTIAL - DO NOT DISTRIBUTE
This report is property of the Wichita Police Department - Digital Forensics Unit, and has been released pursuant to applicable laws and agreements.
Subsequent distribution of any content contained herein is restricted by those agreements, as well as State and Federal Law.
Wichita Police Department - Digital Forensics Unit - ALL RIGHTS RESERVED

File System Extraction uses the mobile device's operating system's native process for creating a backup of the data.  The data acquired is dependent on what the operating system manufacturer decides will be in the backup file.  This usually will not include third-party application data, but may include deleted data connected with native applications.  File System Extractions are performed using Cellebrite UFED4PC.

Advanced Logical Extraction combines the data from a Logical Extraction (typically Call Logs, Contacts, Calendar, SMS/MMS, Pictures, Videos, Audio and certain application data) with that of a File System Extraction.  Advanced Logical Extractions are performed using Cellebrite UFED4PC.

## *Hardware and Software Utilized:*

### Forensic Computer

The computer(s) used for the forensic analysis are government-owned:
- Intel based Core i9-14900KS CPU at 3.20GHz running under Windows 11 Pro 64-bit OS, which is licensed for use on this computer.

### Software

The following software is utilized by the Digital Forensics Unit to conduct examinations of electronic data. Some or all of this listed software may have been utilized to conduct the examination(s) documented in this report. This software is registered and/or licensed to the City of Wichita, Police Department; the Sedgwick County Sheriff's Department or personally licensed to the Investigator. In some cases, the software is registered to two or more individuals or organizations. All software is covered by copyright laws.

| TITLE | Version | Revision / Misc. |
|---|---|---|
| Microsoft Windows 11 Pro | | |
| GrayShift GrayKey | 1.26.3.31482045 | 6.2.0.31790255 |
| Magnet Forensics AXIOM | 9.2.1.44383 | |
| Microsoft Office 2010 Professional | | |

CONFIDENTIAL - DO NOT DISTRIBUTE
This report is property of the Wichita Police Department - Digital Forensics Unit, and has been released pursuant to applicable laws and agreements. Subsequent distribution of any content contained herein is restricted by those agreements, as well as State and Federal Law.
Wichita Police Department - Digital Forensics Unit - ALL RIGHTS RESERVED

P a g e | **7**

This is all I have to report at this time.

**Detective Hans C. Asmussen #1701**
**CFCE #13149 | CVST, CVSE | X-PERT #X-52CA**
**Digital Forensics Unit**
**Kansas Internet Against Children Task Force**
**Wichita Police Department**
**1211 S. Emporia**
**Wichita, KS  67211**
**316-660-9461**
**hasmussen@wichita.gov**

*Curriculum Vitae*
CLICK HERE

CONFIDENTIAL - DO NOT DISTRIBUTE
This report is property of the Wichita Police Department - Digital Forensics Unit, and has been released pursuant to applicable laws and agreements.
Subsequent distribution of any content contained herein is restricted by those agreements, as well as State and Federal Law.
Wichita Police Department - Digital Forensics Unit - ALL RIGHTS RESERVED

ATTACHMENT "2"

# CURRICULUM VITAE



DETECTIVE HANS ASMUSSEN #C1701

1211 S. Emporia, Wichita, KS 67211

Phone: 316-660-9461

<u>hasmussen@wichita.gov</u>

MAY 1, 2025

## EXPERIENCE

**Wichita Police Department**

1995-Current

>**Detective/Digital Forensics Examiner**
>
>2010-Present
>
>Kansas Internet Crimes Against Children Task Force/ Digital Forensics
>
>**Detective**
>
>2000-2010
>
>Assignments: Auto Theft, Financial Crimes and Crime Stoppers
>
>**Police Officer**
>
>1995-2000
>
>Assignments: Patrol Officer and Community Policing Officer

**H-11 Digital Forensics**

2022-Current

>**Senior Digital Forensics Trainer**

## EDUCATION

**Wichita State University, Wichita, KS**

1994-1998

B.S., Criminal Justice

**Kansas State University, Manhattan, KS**

1991-1993

## CERTIFICATIONS

**The International Association of Computer Investigative Specialists**

- Certified Forensic Computer Examiner – ID 13149
  - 2025-2027

- 2022-2024
- 2019-2021
- 2016-2018
- 2012-2015

**Berla**

- Certified Vehicle System Forensic Technician (CVST)
  - 2024-2026
  - 2022-2024
  - 2020-2022
- Certified Vehicle System Forensic Examiner (CVSE)
  - 2024-2026
  - 2022-2024
  - 2020-2022

**X-Ways Software Technology AG**

- X-PERT (X-Ways Professional in Evidence Recovery Techniques) – X-52CA
  - 2023-2026
  - 2020-2023

## DIGITAL FORENSICS EXAMINATIONS

More than 1,859 digital forensic examinations
- More than 1,239 mobile devices examined
- More than 444 hard drives examined
- Ten (11) vehicle infotainment/telematics systems examined
- More than 165 other devices examined

More than 438 terabytes examined combined

## TESTIMONY

Qualified as an expert witness in:

- State vs Kouang Saephan (18th Judicial District Court, Sedgwick County, Kansas 8/22/2014)
- State vs George Ward (District Court of Miami County, Kansas 1/9/2018)
- State vs Donovan Harrington (18th Judicial District Court, Sedgwick County, Kansas 1/10/2022)
- State vs Cameron Lawson (8th Judicial District Court, Geary County, Kansas 8/21/2023, 2022-CR-000352))

Gave testimony regarding digital forensics twenty-eight (28) times in the following jurisdictions:

- Federal Court – District of Kansas
- Sedgwick County
- Kingman County
- Butler County
- Saline County

- Miami County
- Geary County
- Lyon County
- Anderson County
- Air Force Court-Martial – McConnell Air Force Base, Wichita, KS

## SENIOR DIGITAL FORENSICS TRAINER FOR H-11 DIGITAL FORENSICS

**X-Ways Forensics**

*A 4-Day training course focused on the systematic and efficient examination of computer media using the integrated computer forensics software X-Ways Forensics.*

Sessions:

- Washington DC – 6/24/2024-6/27/2024
  - Ten (10) students
- Birmingham, AL – 11/13/2023-11/16/2023
  - Four (4) students
- Santa Ana, CA – 4/17/2023-4/20/2023
  - Six (6) students
- Glen Ellyn, IL – 3/27/2023-3/30/2023
  - Ten (10) students
- Las Vegas, NV – 1/23/2023-1/26/2023
  - Four (4) students
- Brussels, Belgium – 9/19/2022-9/22/2022
  - Ten (10) students
- Fairfax, VA – 8/1/2022 - 8/4/2022
  - Twenty-four (24) students

## INTERNATIONAL ASSOCIATION OF COMPUTER INVESTIGATIVE SPECIALISTS PEER REVIEW COACH

Certification Cycle
- 2024-01
- 2023-02
- 2023-01
- 2022-01
- 2020-02
- 2019-01
- 2018-01
- 2017-01
- 2016-01
- 2015-02
- 2015-01
- 2014-01

## TRAINING

*793 hours related to digital forensics*

**National White Collar Crime Center, Fairmont, WV**

ICAC-DF330 Advanced Digital Forensic Analysis: iOS & Android / 32 hrs

October 21-24, 2024 – Wichita, KS (Live Online)

**National White Collar Crime Center, Fairmont, WV** / 32 hrs

ICAC-DF320 Advanced Digital Forensic Analysis: macOS

September 23-26, 2024 – Wichita, KS (Live Online)

**National White Collar Crime Center, Fairmont, WV** / 32 hrs

ICAC-DF310 Advanced Digital Forensic Analysis: Windows

March 13-16, 2023 – Wichita, KS (Live Online)

**National White Collar Crime Center, Fairmont, WV**

ICAC-DF320 Advanced Digital Forensic Analysis: macOS / 32 hrs

April 25-18, 2022 – Wichita, KS (Live Online)

**Griffeye**

Griffeye Analyze DI Pro / 16 hours

November 3-6, 2020 (Live On-Line)

**X-Ways Software Technology AG**

X-Ways Forensics II / 16 hours

July 8-9, 2020 – Wichita, KS (Live Online)

**Berla**

Vehicle Systems Forensics Course / 40 hrs

February 17-21, 2020 – Largo, FL

**The International Association of Computer Investigative Specialists**

Mobile Device Forensics Course / 36 hrs

April 30-May 4, 2018 – Orlando, FL

**Sumuri**

Macintosh Forensics Survival Course – Level 1 / 40 hrs

July 14-18, 2014 – Centennial, CO

**Katana Forensics**

Katana Responder/Lantern Examiner / 20 hrs

August 20-22, 2013 – Wichita, KS

**X-Ways Software Technology AG**

X-Ways Forensics / 32 hours

May 20-23, 2013 – Orland Park, IL

**The International Association of Computer Investigative Specialists**

Windows Forensic Examiner Program / 36 hrs

April 22-26, 2013 – Maitland, FL

**Cellebrite, Glen Rock, NJ**

Certified Cellebrite UFED Physical Examiner Course / 14 hrs

June 1-3, 2012, Myrtle Beach, NC

**Cellebrite, Glen Rock, NJ**

Certified Cellebrite UFED Mobile Device Examiner Course / 7 hrs

June 1-3, 2012, Myrtle Beach, NC

**Guidance Software, Pasadena, CA (given by H-11 Digital Forensics, Salt Lake City, UT)**

EnCase Computer Forensics II / 32 hrs

October 10-13, 2011 – Wichita, KS

**National White Collar Crime Center, Fairmont, WV**

Cybercop 320 – Windows Internet Trace Evidence / 32 hrs

June 20-23, 2011 – Wichita, KS

**National White Collar Crime Center, Fairmont, WV**

Cybercop 310 – NT Operating System / 32 hrs

May 16-19, 2011 – Wichita, KS

**The International Association of Computer Investigative Specialists**

Basic Certified Forensic Examiner Training Program / 72 hrs

May 2-13, 2011 – Maitland, FL

**National White Collar Crime Center, Fairmont, WV**

Cybercop 305 – NT File System / 32 hrs

April 11-14, 2011 – Wichita, KS

**Kansas Internet Crimes Against Children Task Force, Wichita, KS**

Kansas ICAC Conference 2010 / 32 hrs

- Cell Phone Investigations and Field Tools
- Undercover Online Investigations: Case Study & Updates
- Recovering Volatile Data
- Wireless Network Investigation
- Knoppix as a Preview Tool
- Very Young Girls:  Child Victims in the Commercial Sex Industry
- Identifying & Seizing Evidence
- P2P/ICAC:  New Tools & Updates
- IRC Investigations

July 27-30, 2010 – Wichita, KS

**National White Collar Crime Center, Fairmont, WV**

Fast Track Course Completion / 100 hrs

Cyber-Investigation 100 – Identifying & Seizing Evidence (Train the Trainer)

July 14-15, 2008 – Wichita, KS

Cyber-Investigation 101 – Secure Techniques for Onsite Preview

    June 26, 2008 – Wichita, KS

Cybercop 101 – Basic Data Recovery and Acquisition

    March 9-12, 2009 – Wichita, KS

Cybercop 201 – Intermediate Data Recovery & Analysis

    April 20-24, 2009 – Wichita, KS

**Fox Valley Technical College, Appleton, WI**

Internet Crimes Against Children Task Force Investigative Techniques / 36 hrs

2005 – Wichita, KS

**SEARCH – The National Consortium for Justice, Information and Statistics**

The Investigation of Computer Crimes / 40 hrs

2001 – Wichita, KS