

ATTACHMENT A

My name is Keenan Gerner, and I am writing on behalf of my sister, Addilynn Onuffer. I have known Addilynn my entire life. She is only 14months older than me. I am grateful for the opportunity to share who she truly is: a devoted, compassionate, and steady presence in the lives of those around her.

From as far back as I can remember, Addi has shown an instinctive concern for others. Growing up, she always made sure I felt included, considering I am on the spectrum and had a lot of major medical issues, I struggle a lot with social situations and language, evident in this letter perhaps, so that wasn't always easy. When I didn't have friends or felt left out, Addi was the one who invited me to hang out, introduce me to her friends, or simply stay home and keep me company. Her kindness in those moments wasn't performative; it was sincere care. She took care of me like a second mom when I seizures at school. When I have anxiety attacks from being overstimulated, she is my calm. That consistent willingness to reach out and include me shaped my own sense of belonging and helped me through some difficult times and still does. I need her so much.

Addi's generosity extends far beyond our family. She has often taken it upon herself to help people in need—offering food, clothing, and what support she could whenever she saw someone struggling. I have watched her gather clothes and supplies and quietly give them to neighbors kids that went to school with us, so nobody knew so they weren't embarrassed. She does these things not for recognition but because she feels a compelled to help others. She wants to bring happiness to others. That sense of duty and love is a core part of her character.

She is also one of the most caring people I know when it comes to making sure others are okay. She has always given up her own happiness or her own gain to help others. Whether it is checking in on a friend who is having a bad day, helping a family member through an illness, or giving emotional support in moments of crisis, Addi is consistently the person who puts others first. She listens without judgment, offers practical help, and follows through in ways that make a real difference. Her compassion is steady; it is not limited to convenient moments but shows up in everyday life.when our friend passed away in middle school, Addi raised over a thousand dollars selling ribbons and things she made and donated all of it privately to her parents for funeral expenses. Nobody ever even knew that. She continued to check on Kaylen's parents for years after she passed away too.

I believe these qualities—her empathy, dependability, and willingness to give of herself—are essential to understanding who my sister, Addi is. While everyone makes mistakes, she is someone who cares deeply for her family and community, and she works to be a positive influence on the people encounters. Her biggest problem is that she just won't say no, she just wants everyone to be happy and she gives too much of herself. Please don't lock her up so long she loose everything good in her that this world needs, especially people like me. I know she messed up and had to be punished but please help her stay a good person in her heart and help her learn how to be healthier and safer in relationships and decisions.


Keenan Gerner

Honorable Eric F Melgren
Judge for District of Kansas
Regarding United States vs Addilynn Onnuffer
2025-CR-10050-01


I am Addilynn's Grandmother, "Nana." Addi grew up making good grades and doing well in school. She would often pull outsiders into her groups, so nobody would be left out. She is the grandchild that I expected to most excel. She is very sweet, polite, friendly and parents loved her, though some kids took advantage of her kindness at times.

After my husband passed away 10years ago, Addi reached out and cared for me when needed. She even set up surprise parties with all my grandkids for my birthday and sometimes just to cheer me up when I was lonely, even after the grandkids were all adults. She has always been the glue that held all her cousins and extended family together. I recently went through Metastatic Breast Cancer, multiple surgeries and treatment. Addi would often call can check on me. She is always there when someone needs something. This is who she is, good or bad, she is sweet and caring and a people pleaser. Even though she was the youngest granddaughter, we all needed her to keep us connected. We have not all been together since her incarceration.

Your honor, I realize the sense of responsibility you have to uphold the law, punish the ones that break the law in hopes of deterring their behavior, while also finding the balance of appropriate sentencing verse creating a lifetime offender from the "prison mindset." I admit Addi did wrong and must be held responsible. I pray that you see the good inside her as well and the potential she has in the right atmosphere. She has already suffered a worse punishment than prison, giving birth to her first child incarcerated, alone and scared. Then having her baby taken away and unable to raise to her.

I can't say before that I didn't see that Addi struggled with boundaries, I did. She wants so badly to be loved and accepted. I believe now that she has been far enough removed from her situation, she can see how scary and unhealthy the situation was. I have no doubt this has brought attention to a need for appropriate mental health to help to protect her from these situations moving forward. I pray she has the chance to receive that and work on her improvement, and that she is given a chance to write to you about her success later in life. This is a turning point, by providing a shorter prison term, she will be able to hold on to good while she is working hard to rehabilitate by learning how to advocate for herself and create healthy spaces and boundaries without losing hope. That will certainly be harder the longer she is incarcerated, especially given her young age and poor boundaries she has now. As a 70-year-old nana, it is my dream to see again Addi in freedom, with her support system

intact, and Addi learning to say no and finding her voice. If I am still alive, I will help her anyway I can if she continues to strive toward a healthy future. Please help my granddaughter have a chance at a healthy future. Her family and community will help and do all we can for her if she is helping herself and stays out of bad relationships, poor boundaries and seek therapy and classes. Please let me have a day that I see her thriving in life, outside of prison, after this life changing crisis opened her eyes and changed her vulnerabilities into growth becoming the catalyst to her success.

Thank you,

Debbie Quackenbush

Maternal Grandmother "Nana"

01/28/2026

The Honorable Judge Melgren

Re: Character Reference for Addilynn Onuffer


Your Honor,

I am writing to provide a character reference for Addilynn Onuffer, whom I have known for many years. I understand the seriousness of the charges before the Court and do not wish to minimize the legal process in any way. My purpose is simply to share my firsthand knowledge of Addi's character and the person I have known her to be.

I have known Addi since she was 13 years old. Throughout that time, I have consistently seen her demonstrate compassion, responsibility, and a genuine desire to care for others. She has always had a nurturing nature, especially towards animals. I have trusted her with my own children — something I do not do lightly — because I have always known her to be attentive, patient, and protective.

Over the years, I have witnessed Addi go out of her way to help those who could not help themselves. I have seen her nurse injured animals back to health, volunteer her time to assist others, and step in to guide and support young mothers who needed help learning how to properly care for their children, including ensuring their safety. She has always shown deep concern for the well-being of others, particularly children.

No one is defined solely by the worst mistake they have made. While I recognize that poor decisions can have serious consequences, I believe it is important for the Court to know that Addi has many positive qualities and a history of kindness, empathy, and service to others. The Addi I have known for over a decade is someone with a big heart who has consistently tried to do good in the lives of people and animals around her.

Thank you for taking the time to read my statement and for considering my perspective. I respect the Court's role in this matter and appreciate your consideration.

Sincerely,

Jamie Geary

Honorable Eric F. Melgren

Judge for District of Kansas Regarding United States vs. Addilyn Onuffer

2025-CR-10050-01

I am writing because I would like to have the opportunity to enlighten you on some ways that I feel Addilyn Onuffer has inserted positivity into my life at the exact time positivity needed to be inserted. I would like to start by saying I have had many tough hurdles and been down some pretty bumpy roads but my worst time was my second marriage when Addilyn found out the monster that my ex husband was. Addilyn was the one that was able to pull me and my children out of that horrible situation and helped us with words of encouragement and never giving up on us no matter how hard times got for any of us. Addilyn could see when I felt like my world was crashing down around me and would grab my hands and pray with me or help me to find the right people to help. Addilyn also was the one to lead us all in the right direction for the correct therapy for my children and the right steps for me to take to completely release myself from that marriage. I want to have the opportunity to be an encouragement in Addilyn's journey now and lead her in the right direction to find help and encourage her along the way like she did for me. Please allow us the opportunity to show our support to her. Thank you your honor for you time and for listening to what I had to say.

Have a blessed day!

Jesika Perry

Honorable Eric F. Melgren

Judge for District of Kansas

Regarding United States vs Addilynn Onuffer

2025-CR-10050-01


Your Honor,


I'm writing to offer my character reference for Addi Onuffer. I've known Addi for 20 plus years, and I can say without hesitation that she is one of the most kind, respectful, and dependable people I know. Throughout the years, I've never once doubted her integrity or goodness.

Until she married Gavin and was arrested, Addie stayed true to the values I've always known her by—she was careful towards others, responsible, and always acted with honesty. Even now, despite challenges, I continue to trust her completely. My home is always open to Addie, and I will always welcome her with support and trust as she moves forward.

Thank you for your consideration.


Sincerely,


April Childreth