# ATTACHMENT B



## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 46 | 40 | 5 | 24 |

## 24 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Parenting While Incarcerated | This course will teach you important tips to help you stay involved in your children's lives while in prison. You will hear from experts on how to best support your children during this difficult time. This course features Ann... | **Time to pass:** 6 hr 11 min **Total time:** 6 hr 11 min | **PASSED** **Completed:** Aug 13, 2025 |
| Thinking for the Future - CBT | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment that focuses on the relationship between... | **Time to pass:** 5 hr 26 min **Total time:** 5 hr 26 min | **PASSED** **Completed:** Feb 24, 2026 |
| Critical Thinking | One second. That is all it takes to make a move you can't take back. One second of anger. One second of disrespect. One second where you react without thinking. In chess, one bad move costs you the game. I... | **Time to pass:** 4 hr 10 min **Total time:** 4 hr 10 min | **PASSED** **Completed:** Feb 23, 2026 |
| How Can I Heal from Child Sexual Abuse? | Join Saprea for a class about trauma and its impact on the brain and body. Walk away with a better understanding of the lasting impacts of trauma and healing tools to navigate your experiences. | **Time to pass:** 2 hr 19 min **Total time:** 3 hr 39 min | **PASSED** **Completed:** Aug 17, 2025 |
| Books as Bridges for Parenting While Incarcerated | Being separated from your child can bring up grief, worry, anger, and many other strong emotions. These feelings are real, and you are not alone in them. This course is designed to honor your experience and... | **Time to pass:** 2 hr 56 min **Total time:** 3 hr 31 min | **PASSED** **Completed:** Feb 22, 2026 |
| Neuroscience in Action: An Introduction to Brain... | This course introduces learners to the science of the brain and behavior, with a special focus on how biology, environment, and experience shape human lives. Across five lessons, learners will build a foundation in... | **Time to pass:** 2 hr 55 min **Total time:** 2 hr 55 min | **PASSED** **Completed:** Feb 27, 2026 |
| Learning How to be a Better Parent | Children of Incarcerated Parents Library More than one in twenty-eight children in the United States has a parent in prison. The loss of a parent to incarceration means a crisis for that child. Concerned people in all settings ar... | **Time to pass:** 1 hr 28 min **Total time:** 2 hr 21 min | **PASSED** **Completed:** Dec 31, 2025 |


| Course name | Overview | Time | Status |
|---|---|---|---|
| PREP Domestic Violence | This course seeks to educate participants about what domestic violence is, how it impacts victims, and how it can be prevented. | **Time to pass:** 1 hr 39 min **Total time:** 1 hr 39 min | **PASSED** **Completed:** Feb 22, 2026 |
| Keeping Kids Safe in the Digital World | Intro: With access to technology and social media, kids are becoming increasingly vulnerable to those who would exploit them or do them harm. This course gives practical advice and next steps for keeping kids safe a... | **Time to pass:** 1 hr 38 min **Total time:** 1 hr 38 min | **PASSED** **Completed:** Aug 19, 2025 |
| Blackstone's Criminal Procedure | In this course, students will learn what criminal procedure means and how it differs from a civil action, as well as the sources of United States laws relating to criminal procedure. At the end of this course, students... | **Time to pass:** 0 hr 60 min **Total time:** 1 hr 14 min | **PASSED** **Completed:** Feb 25, 2026 |
| Grow with Google: Prepare For Your Business Plan | Creating a business plan is essential when starting a business as it allows you to describe your goals and strategies and prepares you to discuss and promote your business with others, like people who can suppor... | **Time to pass:** 1 hr 11 min **Total time:** 1 hr 11 min | **PASSED** **Completed:** Mar 15, 2026 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo... | **Time to pass:** 1 hr 07 min **Total time:** 1 hr 07 min | **PASSED** **Completed:** Feb 28, 2026 |
| Grow with Google: Write Your Business Plan | In Write a Business Plan, you will learn how to write a well-designed business plan that includes what your market is, who your competitors are, and an analysis of your competitors. By the end of this lesson, you should... | **Time to pass:** 0 hr 60 min **Total time:** 0 hr 60 min | **PASSED** **Completed:** Mar 15, 2026 |
| Human Trafficking in the U.S. Hospitality... | Intended for those who aspire to work as hotel staff and management at state and travel tourism organizations, this course shows the indicators of trafficking, the barriers to identifying victims, and explains best... | **Time to pass:** 0 hr 49 min **Total time:** 0 hr 49 min | **PASSED** **Completed:** Jan 6, 2026 |
| Impact: Families & Addiction | A drug prevention course using the film "Son to Son" as its base. It focuses on several key themes and topics related to substance abuse prevention and awareness. "Son to Son" is a short film that explores... | **Time to pass:** 0 hr 42 min **Total time:** 0 hr 42 min | **PASSED** **Completed:** Feb 28, 2026 |
| Human Trafficking in a Clinical Setting | Training for health care workers and clinical practitioners. Learn the indicators of trafficking and the barriers to identifying victims in a clinical setting; how to support trafficking patients; explain best practice... | **Time to pass:** 0 hr 31 min **Total time:** 0 hr 31 min | **PASSED** **Completed:** Jan 6, 2026 |



| Course name | Overview | Time | Status |
|---|---|---|---|
| Stressful Life Events | Post-traumatic stress disorder (PTSD) is a mental health disorder developed by either witnessing or experiencing terrifying events. Throughout this course, you'll learn the signs, symptoms, triggers, and treatment options of... | **Time to pass:** 0 hr 30 min **Total time:** 0 hr 31 min | **PASSED** **Completed:** Aug 19, 2025 |
| Human Trafficking in the United States: The... | Human Trafficking in the US is among the least understood and least visible crimes in our country. Yet, at least 400,000 people in the US currently live in situations of modern slavery. While Human Trafficking... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 27 min | **PASSED** **Completed:** Aug 19, 2025 |
| The GOGI Life Tools - BOSS OF MY BRAIN - Fixed | The GOGI Life Tool called BOSS OF MY BRAIN helps you realize the control you have over what your brain does. When you use BOSS OF MY BRAIN, you may realize you are the boss of your thinking and the creator of your lif... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** **Completed:** Aug 18, 2025 |
| The GOGI Life Tools - BELLY BREATHING - Fixed | When you use BELLY BREATHING, you maintain control. Your actions and reactions become more intentional. Your GOGI Life Tool, BELLY BREATHING, allows you to create the best possible response to any situation. | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** **Completed:** Aug 18, 2025 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 15 min | **PASSED** **Completed:** Feb 25, 2026 |
| Getting Better Sleep – Simple, Effective Strategies | Learn how sleep affects your mental health, why it's so hard to get in jail, and what small changes can actually help. This course shows you how to calm your mind, set a routine, and get better rest, even in a tough... | **Time to pass:** 0 hr 10 min **Total time:** 0 hr 10 min | **PASSED** **Completed:** Feb 22, 2026 |
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the characteristics of effective law, the difference between... | **Time to pass:** 0 hr 08 min **Total time:** 0 hr 08 min | **PASSED** **Completed:** Feb 28, 2026 |
| In the Courtroom | In this course you will learn some basics about the courtroom part of the criminal process. The topics covered in this course are: courtroom etiquette; the role of a Public Defender, and how to represent yourself. | **Time to pass:** 0 hr 07 min **Total time:** 0 hr 07 min | **PASSED** **Completed:** Feb 28, 2026 |


# Supplemental Learning - 5 hr 12 min

### Summary

Listed below are the top **12** supplemental interactive learning items Addilynn has spent time on. In addition, Addilynn has engaged with **16 readings**, **34 learning videos**, and **2 audio recordings**.

| Title | Time |
|---|---|
| WVBS: Bound Movie | 2 hr 18 min |
| The Power of Mindfulness | 1 hr 08 min |
| Corey Damen Jenkins Teaches Interior Design | 0 hr 38 min |
| Introduction to Art Therapy for Self-Improvement, Reduced Anxiety and Better Relationships | 0 hr 25 min |
| Spanish Language | 0 hr 16 min |
| Brandon McMillan Teaches Dog Training | 0 hr 15 min |
| Finding Safety in Your Nervous System | 0 hr 10 min |
| Penn & Teller: Teach the Art of Magic | 0 hr 05 min |
| Writing Personal Letters | 0 hr 02 min |
| Outline of a Letter | 0 hr 01 min |
| The Empath's Survival Guide | 0 hr 01 min |
| Knowing the Consequences | 0 hr 01 min |